IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TEYONNA S. GWYN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:21-cv-02787-LMM-RDC |
| v. | : | |
| | : | |
| PUBLIX SUPER MARKETS, INC., | : | |
| d/b/a PUBLIX, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

On August 3, 2023, the parties notified Magistrate Judge Justin S. Anand that they have reached a settlement, and they intend to file a dismissal upon finalization of the settlement documents. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within thirty (30) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 3rd day of August, 2023.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.