THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEYONNA S. GWYN, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PUBLIX SUPER MARKETS, INC. ) <br> d/b/a Publix, RONALD TODD, ) <br> *and* CRYSTAL PHELPS, ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 1:21-CV-02787-LMM-RDC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Teyonna S. Gwyn filed this action against Defendants Publix Super Markets, Inc., Ronald Todd, and Crystal Phelps. The Court dismissed all claims Plaintiff Gwyn asserted against Defendants Todd and Phelps. (Doc. No. 57.) In accordance with Fed. R. Civ. P. 41(a)(1)(ii) and as otherwise provided by law and by stipulation of Defendant Publix, Plaintiff Teyonna S. Gwyn dismisses with prejudice this action, including all claims, causes of action, and parties (including all defendants), with each party bearing that party's own attorneys' fees and costs.

The parties respectfully request that the Clerk of Court close this file.

This 26th day of September, 2023.

**STIPULATED TO BY:**

| **MOLDEN & ASSOCIATES** | **MILLER & MARTIN PLLC** |
|---|---|
| /s/ Regina S. Molden | /s/ Michael P. Kohler |
| By:  Regina S. Molden<br>      Georgia Bar No. 515454 | By:  Michael P. Kohler<br>      Georgia Bar No. 427727 |
| Peachtree Center- Harris Tower<br>Suite 1245<br>Atlanta, Georgia, 30303<br>Tel. No.: (404)-324-4500<br>Fax. No.: (404) 324-4501<br>Email: rmolden@moldenlaw.com | 1180 W. Peachtree St., N.W.<br>Suite 2100<br>Atlanta, Georgia, 30309<br>Tel. No.: (404) 962-6403<br>Fax. No.: (404) 962-6303<br>Email: michael.kohler@millermartin.com |
| *Attorneys for Plaintiff*<br>*Teyonna S. Gwyn* | *Attorneys for Defendant*<br>*Publix Super Markets, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing document upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record.

This 26th day of September, 2023.

                                   **MOLDEN & ASSOCIATES**

                                   /s/ Regina S. Molden
                                   By:   Regina S. Molden
                                            Georgia Bar No. 515454